# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Case No: 3:07CR89-FDW-DCK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **EZEQUIEL JAIMES-BUSTOS,** Defendant. | **ORDER ADMITTING THOMAS C. FAGERBERG** *PRO HAC VICE* |

**FOR GOOD CAUSE SHOWN**, and on Motion for Attorney to Appear *Pro Hac Vice* (Document #13) filed September 10, 2007, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Thomas C. Fagerberg in Austin, Texas be admitted to practice *pro hac vice* before this Court in order to represent, through local counsel, Defendant, Ezequiel Jaimes-Bustos in the above-captioned case.

Signed: September 10, 2007

David C. Keesler
United States Magistrate Judge